Mark B. Chassman (CA Bar No. 119619)
Email: mchassman@chassmanseelig.com
CHASSMAN & SEELIG LLP
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA 90025
Telephone: (310) 929-7192
Fax: (310) 929-7627

Sarah A. Pfeiffer (CA Bar No. 278205)
Email: sap@msf-law.com
Seth H. Ostrow (*pro hac vice*)
Email: sho@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

Attorneys for Plaintiff
MEMORY METAL HOLLAND BV and
DON MICHAEL INTERNATIONAL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEMORY METAL HOLLAND BV and DON MICHAEL INTERNATIONAL, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CLARET MEDICAL, INC.,<br><br>　　　　Defendant. | Civil Action No. 4:18-cv-02487-JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

1 | Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs MEMORY METAL HOLLAND BV and DON MICHAEL INTERNATIONAL, LLC dismiss with prejudice their claims asserted in this action against Defendant CLARET MEDICAL, INC.  The parties will bear their own costs, fees, and expenses.

Respectfully submitted,

MEISTER SEELIG & FEIN LLP

Dated: July 5, 2018            By: */s/ Sarah A. Pfeiffer*
                                  Sarah A. Pfeiffer
                              Attorneys for Plaintiffs,
                              MEMORY METAL HOLLAND BV and
                              DON MICHAEL INTERNATIONAL, LLC

28576543